**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**EASTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| **IN RE:**<br>Justin DeWayne King<br>Debtor. | Bankruptcy Case No.: 26-61426-GRS<br>Chapter: 7<br>Judge Gregory R. Schaaf |

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF OBJECTION DEADLINE**

Now Comes Ally Bank ("Movant"), by its attorney, Thomas L. Canary Jr. , and moves pursuant to Section 362(d) of title 11 of the United States Code, 11 U.S.C. 101 et seq. (the "Bankruptcy Code") for relief from the automatic stay with respect to a 2022 Mercedes-Benz GLB Utility 4D GLB250 AWD 2.0L I4 Turbo motor vehicle with a vehicle identification number of W1N4M4HB3NW259789 ("the Vehicle"). In support thereof, Movant states as follows:

1. On September 01, 2026, the Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Bankruptcy Code.
2. Movant has filed a proof of claim for the Vehicle. A copy of the proof of claim is attached as Exhibit A.
3. Movant is the holder of a secured claim with an outstanding secured amount as of, September 11, 2026, of $39,810.06.The claim is secured by the Property known as 2022 Mercedes-Benz GLB Utility 4D GLB250 AWD 2.0L I4 Turbo with a vehicle identification number of W1N4M4HB3NW259789 ("Property"). Attached hereto is a copy of the Retail Installment Contract and the Evidence of Title (Exhibits B and C respectively).
4. According to the JD Power, the market value of the Vehicle is $26,025.00. A copy of the JD Power for the Vehicle dated September 12, 2026 is attached hereto as Exhibit D.
5. The Loan is in default. Debtor has defaulted in the amount of $3,560.25. Additionally, there are unpaid repossession charges in the amount of $0.00, late charges in the amount of $120.00, and other charges in the amount of $0.00. A copy of the payment history is attached as Exhibit E.

6. As a result of the default and the lack of equity in the Vehicle, Debtor are failing to provide Movant with adequate protection of its security interest in the Vehicle.

WHEREFORE, Ally Bank, prays for the entry of an order modifying the automatic stay with respect to the 2022 Mercedes-Benz GLB Utility 4D GLB250 AWD 2.0L I4 Turbo motor vehicle with a vehicle identification number of W1N4M4HB3NW259789

**NOTICE**

Please take notice that parties in interest shall have 14 days from the date of this motion within which to file a response to the motion and a request and notice of hearing on such response. If no response is timely filed, the attached order will be tendered to the court and may be entered without a hearing on the motion.

/s/ Thomas L. Canary Jr.
Thomas L. Canary Jr. State Bar No. #81016
1100 Superior Ave. Suite 1100
Cleveland, OH 44114
Telephone: (216) 771-6500
bankruptcy@weinerlaw.com

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the Motion for Relief from the Automatic Stay and Notice of Objection Deadline to be sent via CM/ECF or U.S. Mail, postage pre-paid, to the individuals identified below on September 18, 2026:

Via U.S. Mail
Justin DeWayne King
2789 Hurricane Road
Pikeville, KY 41501

Via U.S. Mail
Mycca Decker
1111 Kentucky Lane
Paintsville, KY 41240

Via CM/ECF
Roger Toyray Adams
PO Box 308
Paintsville, KY 41240
toyrayadams@yahoo.com

Via CM/ECF
James R. Westenhoefer
P.O. Box 1180
Richmond, KY 40476
JRWestenhoefer@aol.com

Via CM/ECF
U.S. Trustee
100 E Vine St #500
Lexington, KY 40507
ustpregion08.lx.ecf@usdoj.gov

/s/ Thomas L. Canary Jr.
Thomas L. Canary Jr.